United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SEAN MARQUES | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-22 |
| | § | |
| | § | |
| | § | |
| BRET BRADFORD, *et al.* | § | |

**ORDER**

On May 8, 2026, counsel of record for Petitioner, Sarfraz Aftab Sharif, filed two Motions to Appear via Webex. (Dkt. Nos. 43, 44). In the motions, he requests to appear remotely for the show cause hearing on May 13, 2026, at 1:00 p.m. (Dkt. Nos. 43 at 2; 44 at 2). The Court **DENIES** the motions. (Dkt. Nos. 43, 44). Attorney Sarfraz Aftab Sharif shall appear in person.

IT IS SO **ORDERED**.

**SIGNED** the 11th day of May, 2026.

Christopher dos Santos
United States Magistrate Judge