United States District Court
Southern District of Texas

**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| SEAN MARQUES, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00022 |
| | § | |
| BRET A. BRADFORD, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), Petitioner's pro se supplement to the petition, (Dkt. No. 27), and Respondents' Motion for Summary Judgment, (Dkt. No. 35).

To their Motion for Summary Judgment, Respondents attach a final order from an Immigration Judge granting Petitioner pre-conclusion voluntary departure. (Dkt. No. 35-2). They assert that this detention is authorized under 8 U.S.C. § 1231, and they further assert that Petitioner's detention is still within the 90-day "removal period." (Dkt. No. 35 at 6). However, Petitioner has not been ordered removed, and Respondents do not elaborate on how this statute controls or authorizes Petitioner's detention.

The Court **ORDERS** Respondents to file supplemental briefing and serve it on Petitioner **by May 22, 2026**,[1] (1) updating the Court on the status of Petitioner's voluntary departure to Portugal pursuant to the Immigration Judge's Order, (Dkt. No. 35-2), and (2) explaining why Section 1231 is the controlling detention authority when Petitioner has not been ordered removed. *See* 8 U.S.C. § 1231 ("Detention and removal of aliens ordered removed").

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court: La Salle County Regional Detention Center, 832 E. Highway 44, Encinal, TX 78019.

---

[1] Respondents must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

It is so **ORDERED**.

**SIGNED** on May 15, 2026.

_____
John A. Kazen
United States District Judge