United States District Court
Southern District of Texas

**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SEAN MARQUES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-00022** |
| | § | |
| **BRET A. BRADFORD,** *et al.,* | § | |
| | § | |
| **Respondents.** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 52), pertaining to the Court's Order to Show Cause, (Dkt. No. 36). The Court ordered Petitioner's counsel, Mr. Sharif, to show cause for why he should not be sanctioned for failure to comply with two Court Orders. (*Id.*). The Court referred the matter to the Magistrate Judge for a report and recommendation. (*Id.*).

In his report and recommendation, Magistrate Judge dos Santos recommends that no sanction be imposed and that the Court grant Mr. Sharif's Motion to Withdraw. (*Id.* at 1; Dkt. No. 47). Objections to the report and recommendation were due on June 4, 2026, (Dkt. No. 36 at 9), and no objections were filed by any party. Given that there are no objections, pursuant to Federal Rule of Civil Procedure 72(b)(1), the Court reviewed the report and recommendation and applied the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no abuse of discretion or clearly erroneous findings, the Court hereby **ADOPTS IN WHOLE** the report and recommendation, (Dkt. No. 36). No sanction will be imposed as it relates to Mr. Sharif's failure to comply with the Court's Orders. Mr. Sharif's Motion to Withdraw as Attorney of Record, (Dkt. No. 47), is **GRANTED**.

The Clerk of Court is **DIRECTED** to mail a copy of this Order, by regular mail

and any receipted means, to Petitioner at La Salle County Regional Detention Center, 832 E Texas State Highway 44, Encinal, TX 78019.

It is so **ORDERED**.

**SIGNED** on June 18, 2026.

John A. Kazen
United States District Judge