United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SEAN MARQUES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00022** |
| | § | |
| **BRET BRADFORD, *et al.*,** | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), Petitioner's pro se supplement to the petition, (Dkt. No. 27), and Respondents' Motion for Summary Judgment, (Dkt. No. 35).

The Court **ORDERS** Respondents to file and serve on Petitioner an advisory **by June 25, 2026**, regarding the status of Petitioner's voluntary departure.

The Clerk of Court is **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to Petitioner at La Salle County Regional Detention Center, 832 E Texas State Highway 44, Encinal, TX 78019.

It is so **ORDERED**.

**SIGNED** on June 18, 2026.

John A. Kazen
United States District Judge