United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| SEAN MARQUES, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00022 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), Petitioner's pro se supplement to the petition, (Dkt. No. 27), and Respondents' Motion for Summary Judgment, (Dkt. No. 35). Petitioner has been granted voluntary departure, but he remains detained "under safeguards." (Dkt. No. 35-2). Respondents recently advised the Court that "travel coordination will be set up for the beginning of July." (Dkt. No. 61 at 1).

The Court **ORDERS** Respondents to file an advisory **by July 21, 2026**, regarding the status of Petitioner's detention and voluntary departure.

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on July 14, 2026.

John A. Kazen
United States District Judge